IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COLONIAL PIPELINE COMPANY, <br> A Delaware Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> THOMAS & ASSOCIATES, INC., <br> A Tennessee Corporation, <br><br> VASTLAND NASHBORO DEVELOPMENT, <br> LLC, A Tennessee Limited Liability <br> Company, <br><br> VASTLAND REALTY GROUP, LLC, <br> A Tennessee Limited Liability Company, <br><br> WAMBLE & ASSOCIATES, PLLC <br> A Tennessee Professional Limited <br> Liability Company <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO. 3:09-cv-00745 <br> JUDGE ECHOLS/GRIFFIN |

## AGREED ORDER

It appearing to the Court by signatures of counsel for the parties below, that all parties are in agreement that Vastland Realty Group, LLC should be dismissed as a party to this action, it is hereby

ORDERED that Vastland Realty Group, LLC be and hereby is dismissed, with prejudice, as a party to this action.

ENTERED this __26th____ day of March, 2010.

_____
JUDGE

APPROVED FOR ENTRY:


  /s/ William H. Farmer
William H. Farmer, Esq. (BPR #3771)
Jonathan Farmer (BPR# 20749)
JONES HAWKINS & FARMER, PLC
150 Fourth Ave. N., Suite 1820
Nashville, TN 37219
jfarmer@joneshawkinsfarmer.com
 (615) 726-0050
*Attorneys for Plaintiff*


   /s/ Vic L. McConnell
Vic L. McConnell (BPR # 19828)
SMITH CASHION & ORR, PLC
231 Third Avenue North
Nashville, TN 37201
615-742-8555
vmcconnell@smithcashion.com
*Attorneys for Defendant Thomas & Associates, Inc.*


   /s/ T. Chad White
T. Chad White (BPR # 21950)
Stephen A. Lund (BPR # 25531)
TUNE, ENTREKIN & WHITE, P.C.
Regions Center, Suite 1700
315 Deaderick Street
Nashville, TN  37238
615-244-2770
tcw@tewlawfirm.com
*Attorneys for Wamble & Associates, PLLC*



   /s/ Joseph M. Huffaker
Joseph M. Huffaker (BPR # 14122)
LEWIS, KING, KRIEG & WALDROP, P.C.
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
615-259-1366
jhuffaker@lewisking.com

*Attorneys for Defendants Vastland Nashboro Development, LLC
and Vastland Realty Group, LLC*