IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY ) | |
| ) | |
| v. ) | No. 3-09-0745 |
| ) | |
| THOMAS & ASSOCIATES, INC.; ) | |
| VASTLAND NASHBORO ) | |
| DEVELOPMENT, LLC; VASTLAND ) | |
| REALTY GROUP, LLC;[1] and WAMBLE ) | |
| & ASSOCIATES, PLLC ) | |

O R D E R

On July 30, 2010, defendant Thomas & Associates, Inc. filed a motion for partial summary judgment (Docket Entry No. 40).

In accord with the order entered September 22, 2009 (Docket Entry No. 18), any response shall be filed by August 20, 2010. Any reply, if necessary, shall be filed within two weeks of the filing of the response or by September 3, 2010, if the response is filed on August 20, 2010.

No other filings in support of or in opposition to the pending motion for partial summary judgment shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

The Clerk is directed to forward the file in this case to Judge Wiseman[2] for his consideration of the motion for partial summary judgment filed by defendant Thomas & Associates, Inc.,[3] the response to be filed by August 20, 2010, and any reply, if necessary, to be filed no later than September 3, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Vastland Realty Group, LLC was dismissed as a defendant by agreed order entered March 30, 2010 (Docket Entry No. 38).

[2] By order entered July 30, 1020 (Docket Entry No. 41), this case was reassigned from Judge Echols to Judge Wiseman.

[3] Defendant Thomas & Associates, Inc. included the memorandum in support of the motion (Docket Entry No. 40-1), the Local Rule 56.01(b) statement of undisputed material facts (Docket Entry No. 40-2), and attachments (Docket Entry Nos. 40-3 and 40-4) as attachments to the motion (Docket Entry No. 40), rather than separate filings.