IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 3:09-0745 |
| | ) Senior Judge Wiseman |
| THOMAS & ASSOCIATES, INC., et al., | ) Magistrate Judge Griffin |
| | ) |
| Defendants. | ) |

## O R D E R

Upon reassignment of this case to Judge Wiseman (Document #41), the previously set trial date of December 7, 2010 at 10:00 a.m. is VACATED and this matter is RESET for trial on TUESDAY, FEBRUARY 15, 2011 at 10:00 a.m. The previously set November 8, 2010 pretrial conference date is VACATED and this matter is RESET for a pretrial conference on FRIDAY, FEBRUARY 4, 2011, at 10:00 a.m. in chambers. A separate trial order will be entered.

IT IS SO ORDERED.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge