IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

COLONIAL PIPELINE COMPANY )
)
v. ) No. 3-09-0745
)
THOMAS & ASSOCIATES, INC.; )
VASTLAND NASHBORO )
DEVELOPMENT, LLC; VASTLAND )
REALTY GROUP, LLC;[1] and WAMBLE )
& ASSOCIATES, PLLC )

O R D E R

Counsel for the parties called the Court on August 25, 2010, at which time the following matters were addressed:

1. The parties expect to participate in private mediation with John Blankenship on October 21, 2010.

2. Therefore, upon their joint request to avoid potentially unnecessary expenses, the August 31, 2010, deadline for completion of expert discovery is extended to November 30, 2010.

3. By October 29, 2010, the parties shall file a joint status report, indicating whether and when they participated in mediation, if they were able to reach a resolution of any or all of the claims in this case and, if so, when they will file an agreed order of dismissal or other dismissal/settlement documents, and, if not, whether the potential for settlement remains.

Except as modified herein, all other deadlines provided in the orders entered September 22, 2009 (Docket Entry Nos. 18-19), as modified by the orders entered November 2, 2009, and June 22, 2010 (Docket Entry Nos. 20 and 39), as well as the orders entered August 2, 2010, and August 6, 2010 (Docket Entry Nos. 42, 44, and 45), remain in full force and effect.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Vastland Realty Group, LLC was dismissed as a defendant by agreed order entered March 30, 2010 (Docket Entry No. 38).