IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| COLONIAL PIPELINE COMPANY | ) | |
| | ) | |
| v. | ) | No. 3-09-0745 |
| | ) | |
| THOMAS & ASSOCIATES, INC.; | ) | |
| VASTLAND NASHBORO | ) | |
| DEVELOPMENT, LLC; VASTLAND | ) | |
| REALTY GROUP, LLC;[1] and WAMBLE | ) | |
| & ASSOCIATES, PLLC | ) | |

O R D E R

On October 28, 2010, the parties filed a joint status report (Docket Entry No. 54), advising that they had participated in private mediation and had reached a full settlement in this case.

The parties shall have until December 14, 2010, to file an agreed order of dismissal.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Vastland Realty Group, LLC was dismissed as a defendant by agreed order entered March 30, 2010 (Docket Entry No. 38).