IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| COLONIAL PIPELINE COMPANY,<br>A Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS & ASSOCIATES, INC.,<br>A Tennessee Corporation,<br>VASTLAND NASHBORO DEVELOPMENT,<br>LLC, A Tennessee Limited Liability<br>Company,<br>VASTLAND REALTY GROUP, LLC,<br>A Tennessee Limited Liability Company,<br>and<br>WAMBLE & ASSOCIATES, PLLC<br>A Tennessee Professional Limited<br>Liability Company,<br><br>Defendants. | CASE NO. 3:09-cv-00745<br>JUDGE WISEMAN/GRIFFIN |

### AGREED ORDER OF DISMISSAL

It appearing to the Court by the signatures of counsel for the parties below that this cause has been fully compromised and settled, it is hereby ORDERED that this case be dismissed with prejudice, with costs divided equally among the parties.

ENTERED this 3rd day of January, 2011.

_____
JUDGE